# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff(s), ) <br> vs. ) <br> Rohan S. Coombs, ) <br>     Defendant(s). ) <br> ) | NO. CR 08-1253-FRZ-CRP <br><br> **ORDER** |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress [20] and Motion to Suppress Statements [21].

On September 17, 2009, Magistrate Judge Charles R. Pyle conducted a hearing and on October 22, 2009 issued his Report and Recommendation [56]. A copy was sent to all parties. Neither party filed objections to the Magistrate Judge's Report and Recommendation.

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Pyle's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Motion to Suppress [20] is DENIED.

1    IT IS FURTHER ORDERED that the Motion to Suppress Statements [21] is
2 DENIED IN PART and GRANTED IN PART as set forth in the Report and
3 Recommendation.
4    DATED this 10th day of November, 2009.

FRANK R. ZAPATA
United States District Judge